UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TBM N160TM, LLC, a California limited liability company; and BLACKHORSE CLOVIS, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>SIGNATURE FLIGHT SUPPORT, LLC, a Delaware limited liability company; and DOES 1 TO 50, Inclusive,<br><br>Defendants. | Case No. 1:24-cv-00963-HBK<br><br>**APPROVED ORDER GRANTING DEFENDANT SIGNATURE FLIGHT SUPPORT'S REQUEST TO SEAL DOCUMENTS/MOTION TO SEAL DOCUMENTS**<br><br>(Doc. No. 27) |

The Court, having considered Signature's Motion and finding good cause therefor, hereby ORDERS at follows:

1. Defendant Signature's Flight Support, LLC's request to seal documents (Doc. No. 27) is **GRANTED**.

2. Within five (5) days of this Order, Defendant Signature Flight Support, LLC shall provide an electronic copy of Exhibits A, B, C, D, E, F, and M in support of Signature Flight Support LLC's Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment, consisting of [69]

pages to the Clerk of Court by email to: : ApprovedSealed@caed.uscourts.gov, at which time the Clerk of Court will file the documents under seal.  *See* Local Rule 141(e)(2)(i).

**IT IS SO ORDERED.**

Dated:     December 15, 2025     

*[signature]*
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE