Michael C. Titus, Esq. (No. 309153)
WILD, CARTER & TIPTON
246 West Shaw Avenue
Fresno, California 93704
Tel: 559-224-2131
Fax: 559-229-7295
E-Mail: mtitus@wctlaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TBM N160TM, LLC, a California limited liability company; and BLACKHORSE CLOVIS, LLC, a California limited liability company,<br><br>            Plaintiffs,<br><br>    vs.<br><br>SIGNATURE FLIGHT SUPPORT, LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No.:  1:24-cv-00963-HBK<br><br>**APPROVED ORDER GRANTING PLAINTIFFS TBM N160TM. LLC AND BLACKHORSE CLOVIS, LLC'S REQUEST TO SEAL DOCUMENTS/MOTION TO SEAL DOCUMENTS**<br><br>**(Doc. No. 32)** |

The Court, having considered Plaintiffs TBM N160TM, LLC and BLACKHORSE

CLOVIS, LLC  (collectively "Plaintiffs") Motion and finding good cause therefore, hereby

ORDERS as follows:

   1. Plaintiffs' Motion (Doc. No. 32) it **GRANTED.**

   2. Within five (5) days of the docketing and service of this Order, Plaintiffs shall provide an

      electronic copy of Exhibits A, B, C, D, E, F, and J in Opposition to Signature Flight

**APPROVED ORDER GRANTING PLAINTIFFS TBM N160TM. LLC AND BLACKHORSE CLOVIS, LLC'S REQUEST TO SEAL DOCUMENTS/MOTION TO SEAL DOCUMENTS**

Page 1

Support LLC's Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment, to the Clerk of Court by email to: ApprovedSealed@caed.uscourts.gov, at which time the Clerk of Court will file the documents under seal. See Local Rule 141(e)(2)(i).

IT IS SO ORDERED

Dated:     January 2, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

**APPROVED ORDER GRANTING PLAINTIFFS TBM N160TM. LLC AND BLACKHORSE CLOVIS, LLC'S REQUEST TO SEAL DOCUMENTS/MOTION TO SEAL DOCUMENTS**

Page 2