UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TBM N160TM, LLC, a California limited liability company; and BLACKHORSE CLOVIS, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>SIGNATURE FLIGHT SUPPORT, LLC, a Delaware limited liability company; and DOES 1 TO 50, Inclusive,<br><br>Defendants. | Case No. 1:24-cv-00963-HBK<br><br>ORDER GRANTING DEFENDANT SIGNATURE FLIGHT SUPPORT'S MOTION TO SEAL DOCUMENTS<br><br>(Doc. 42) |

On February 12, 2026 Signature Flight Support, LLC filed a motion to seal certain exhibits in support of their motion for summary judgment. (Doc. 42). Finding no opposition and good cause, the Court will grant the motion. ACCORDINGLY, it is hereby ORDERED:

1.     Defendant Signature's Flight Support, LLC's motion to seal documents (Doc. 42) is GRANTED.

2.     Within five (5) days of this Order, Defendant Signature Flight Support, LLC shall provide an electronic copy of Exhibits A, B, C, D, E, F, and M in support of Signature Flight Support LLC's Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment, consisting of

(69) pages to the Clerk of Court by email to: : ApprovedSealed@caed.uscourts.gov, at which time the

Clerk of Court will file the documents under seal.  *See* Local Rule 141(e)(2)(i).

**IT IS SO ORDERED.**

Dated:    February 27, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE