UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TBM N160TM, LLC, a California limited liability company; and BLACKHORSE CLOVIS, LLC, a California limited liability company, | Case No. 1:24-cv-00963-HBK |
| Plaintiffs, | ORDER VACATING HEARING DATE AND GRANTING DEFENDANT SIGNATURE FLIGHT SUPPORT, LLC'S MOTION TO SEAL DOCUMENTS |
| v. | (Doc. 67) |
| SIGNATURE FLIGHT SUPPORT, LLC, a Delaware limited liability company; and DOES 1 TO 50, Inclusive, | |
| Defendants. | |

On May 20, 2026, Defendant Signature Flight Support, LLC ("Signature") filed a motion for attorney fees and noticed it for hearing on the Motion for June 26, 2026, at 1:00 p.m.  (Doc. 65). Plaintiffs TBM N160TM LLC and Blackhorse Clovis, LLC and filed an opposition (Doc. 68), and Signature filed a reply (Doc. 69).   Upon review of the briefing, the Court finds the motion suitable for decision without oral argument and vacates the June 26, 2026 hearing pursuant to Local Rule 230(g).

Signature also moves to seal Exhibit B in support of its motion for attorney fees.  (Doc. 67). Finding no opposition and good cause, the Court grants Signature's motion to seal.

Accordingly, IT IS ORDERED:

1.  The June 26, 2026, hearing on Defendant Signature's Flight Support, LLC's motion for attorney fees is VACATED.

2. Defendant Signature's Flight Support, LLC's motion to seal (Doc. 67) is GRANTED.

3. Within five (5) days of this Order, Defendant Signature Flight Support, LLC shall email an electronic copy of Exhibit B (34 pages) in support of its motion for attorney fees to the Clerk of Court at: ApprovedSealed@caed.uscourts.gov, after which the Clerk shall file the document under seal.  *See* Local Rule 141(e)(2)(i).

Dated:    June 16, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE